# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06cv28

| | |
|---|---|
| KEVIN ALFORD, Individually; and <br> JULIE E. ALFORD, Individually, and as <br> Guardian *Ad Litem* for TAMEKA SHERRILL, <br><br> Plaintiffs, <br><br> Vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ORDER |

**THIS MATTER** is before the court on defendant's Brief of the United States Regarding Plaintiffs' Request for a Jury Trial (#18), which th court deems to be a Motion to Strike Jury Demand and supporting brief, made pursuant to instructions contained at page 8, paragraph IX, of the first Pretrial Order and Case management Plan. Plaintiff have not briefed the issue. For the reasons provided in the defendant's brief, plaintiffs' demand for a jury trial will be stricken and the court will deem this to be a non-jury matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' demand for a jury trial **STRICKEN**, and this action shall be deemed to be a non-jury matter.

Signed: July 11, 2006

_____
Dennis L. Howell
United States Magistrate Judge