IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv28

| | |
|---|---|
| KEVIN ALFORD, Individually; and <br> JULIE E. ALFORD, Individually, and as <br> Guardian *Ad Litem* for TAMEKA SHERRILL, <br><br> Plaintiffs, <br><br> Vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) **JUDGMENT** ) ) ) ) ) |

**THIS MATTER** having come before the court for trial without a jury on the written consent of the parties entered in accordance with 28, United States Code, Section 636(c), and the court having found from the evidence and by its greater weight that the defendant did not commit an act of negligence in this matter as shown in the Memorandum of Decision entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered in favor of defendant against plaintiffs providing that plaintiffs have and take nothing of this defendant and the action is, hereby, **DISMISSED** with prejudice.

Signed: April 9, 2007

Dennis L. Howell
United States Magistrate Judge